IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NANCY LENDALL, an individual,

    Plaintiff,

  v.

CHASE MANHATTAN MORTGAGE CORPORATION, a New Jersey corporation, and DOES 1 through 10, inclusive,

    Defendants.
_____/

No. C 05-03295 WHA

**ORDER RE DISCOVERY DISPUTE**

    In light of the imminent July 28 discovery cutoff and in light of the fact that Lori Bowman has appeared in this matter, it will not do to postpone the defense response to the pending discovery dispute until July 24. Ms. Bowman will have to do the work that her co-counsel would otherwise perform. Given the delay since the June 27 letter requesting relief, the defense submission is due by noon on July 10, 2006, and the hearing shall be in person on **JULY 17 AT 11:00 A.M.** Please make a formal submission. The June 27 letter shall be treated as an opening memorandum. A short reply may be filed on July 13 at noon.

    **IT IS SO ORDERED.**

Dated: July 5, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE