**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY LENDALL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CHASE MANHATTAN MORTGAGE CORPORATION, a New Jersey corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | No. C 05-03295 WHA<br><br>**ORDER DENYING STIPULATION EXTENDING DISCOVERY AND EXPERT DISCLOSURE DEADLINES** |

Good cause not shown, the Court **DENIES** the parties' stipulation to extend discovery and expert disclosure deadlines.

**IT IS SO ORDERED.**

Dated: July 5, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE