IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY LENDALL, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>CHASE MANHATTAN MORTGAGE CORPORATION, a New Jersey corporation, and DOES 1 through 10, inclusive,<br><br>    Defendant. | No. C 05-03295 WHA<br><br>**AMENDED ORDER RE DISCOVERY DISPUTE** |

The Court shall have a telephonic hearing on plaintiff's discovery issue on **JULY 17 AT 11:00 A.M.** Defendant shall have until noon on July 11 within which to respond to plaintiff's letter. A short reply may be filed by 5:00 p.m. on July 13. Plaintiff's counsel shall please arrange for the telephonic conference by contacting chambers at 415-522-3684 after getting Ms. Bowman on the line.

**IT IS SO ORDERED.**

Dated: July 6, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE