United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY LENDALL, an individual, | No. C 05-03295 WHA |
| Plaintiff, | |
| v. | **DISCOVERY ORDER** |
| CHASE MANHATTAN MORTGAGE CORPORATION, a New Jersey corporation, and DOES 1 through 10, inclusive, | |
| Defendants. | |

Pursuant to today's hearing on several discovery issues in this action, this order rules as follows:

1. Plaintiff Lendall is ordered to inform defendants of the three Chase Manhattan loan officers for whom plaintiff most wants contracts and commission statements by noon, July 20, 2006.

2. Defendants then may submit the contracts for the three chosen loan officers to the Court under seal for *in camera* review by noon, July 21, 2006. If the Court determines that the contracts of three other loan officers are substantially similar to Lendall's contract, defendants will be ordered to produce the contracts and commission statements for the three loan officers. If defendants choose not to submit the contracts for *in camera* review, defendants must produce the contracts

<div style="sidebar">**United States District Court**
For the Northern District of California</div>

and commission statements for the three loan officers to plaintiff by noon, July 21, 2006.

3. Plaintiff's requests for answers to interrogatories numbers 3 and 5 are denied as overbroad.

4. Counsel for plaintiff and defendants must sign a stipulated protective order and submit it to the Court for approval by noon, July 20, 2006.  Until the entry of the written protective order, the oral protective order read into the record at today's hearing remains in place.

5. Within 48 hours, defendants must produce to plaintiff a complete set of Lendall's commission statements.  Within 48 hours after plaintiff receives the complete set of commission statements, plaintiff must supplement her responses to defendants' interrogatories regarding damages calculations.

5. Plaintiff will take the deposition of Jason Aiello at the offices of plaintiff's counsel at 9:30 a.m., assuming plaintiff is able to find and subpoena Aiello.

6. Plaintiff will take the Rule 30(b)(6) deposition of David T. Schilling at a date and time chosen by defendants' counsel during the week of July 31, 2006 at the offices of plaintiff's counsel, but *only* as to topics 1 and 2 in plaintiff's Rule 30(b)(6) notice.  The other topics in plaintiff's Rule 30(b)(6) notice are overbroad.

**IT IS SO ORDERED.**

Dated: July 19, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2