JEFFREY L. DAVIDSON (State Bar No. 5684)
LAURA LYNN DAVIDSON (State Bar No. 209969)
LAW OFFICES OF JEFFREY L. DAVIDSON
11755 Wilshire Boulevard, Suite 1230
Los Angeles, California  90025
E-mail: ldavidson@jldlaw
Telephone: 310.445.8668
Facsimile: 310.473.0148

MARSHALL SILBERBERG (State Bar No. 58303)
LAW OFFICES OF MARSHALL SILBERBERG
660 Newport Center Drive, Suite 340
Newport Beach, California  92660

Attorneys for Plaintiff
Nancy Lendall

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY LENDALL, an individual; | Case No. 05 03295 WHA |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER** |
| v. | |
| CHASE MANHATTAN MORTGAGE CORPORATION, a New Jersey Corporation; and DOES 1 through 10, inclusive; | |
| Defendants. | |

- 1 -

1    WHEREAS, pursuant to this Court's Case Management Order dated December 22,

2 2005 (the "Order"), the parties have a non-expert discovery cut-off date of July 28, 2006, as

3 set forth in paragraph 3 of the Order;

4    WHEREAS, on July 10, 2006, counsel for plaintiff first advised counsel for

5 defendant that plaintiff had been attempting to serve a deposition subpoena on Rick

6 Cossano, a former employee of defendant Chase Manhattan Mortgage Corporation, for the

7 prior three weeks;

8    WHEREAS, counsel for defendant then contacted Mr. Cossano's office and learned

9 that he had been out of town and was not expected to return to the office until approximately

10 July 20, 2006, which she advised counsel for plaintiff by letter dated July 12, 2006;

11    WHEREAS, Mr. Cossano then contacted counsel for defendant and stated that he

12 would not be available for deposition until August 2, 2006, due to meetings out of town

13 scheduled during the week of July 24 that could not be moved, and that he also could be

14 available on August 7 or 8, 2006, which counsel for defendant then communicated to

15 counsel for plaintiff;  and

16    WHEREAS, taking Mr. Cossano's deposition after the non-expert discovery cutoff

17 will not impact any other pre-trial dates or the trial date in this action;

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

- 2 -

1    THEREFORE, the parties hereby stipulate and agree to the following:

2    Plaintiff may take Mr. Cossano's deposition on either August 2, 7 or 8, according to

3    the availability of the attorneys and witness.

4

5    DATED: July 20, 2006                    LAW OFFICES OF JEFFREY L. DAVIDSON

6

7                                            By
                                                Laura L. Davidson
8                                            Attorneys for Plaintiff Nancy Lendall

9

10   DATED: July 20, 2006                    LORI A. BOWMAN
                                             MARGARET H. GILLESPIE
11                                           OGLETREE, DEAKINS, NASH, SMOAK &
                                             STEWART P.C.
12

13                                           By
                                                Margaret H. Gillespie
14                                           Attorneys for Defendant
                                             Chase Manhattan Mortgage Corporation
15

16

17          **IT IS SO ORDERED.**

18   Dated:    July 21, 2006

19                                           Judge of the United States District Court,
                                             Northern District of California
20

21

22

23

24

25

26

27

28

- 3 -