IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENDALL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CHASE MANHATTAN MORTGAGE<br>CORPORATION,<br><br>　　　　Defendant.<br>_____/ | No. C 05-3295 WHA (MEJ)<br><br>**NOTICE** |

TO ALL PARTIES and their Attorneys of Record:

　　At the settlement conference on September 12, 2006, this court placed the parties on notice that the Honorable William H. Alsup was continuing the motion for summary judgment deadlines for one week. However, no other pretrial dates shall be moved.

**IT IS SO ORDERED.**

Dated: September 12, 2006

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MARIA ELENA JAMES
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge