IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY LENDALL, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>CHASE MANHATTAN MORTGAGE CORPORATION, a New Jersey corporation, and DOES 1 through 10, inclusive,<br><br>    Defendants.<br>_____/ | No. C 05-03295 WHA<br><br>**ORDER TO SHOW CAUSE WHY DISCOVERY MOTION SHOULD NOT BE STRICKEN** |

Plaintiff is hereby **ORDERED TO SHOW CAUSE** why the motion to compel response to deposition questions filed on September 14, 2006, should not be stricken in light of the failure to comply with Local Rule 26-2 which requires that all motions to compel discovery be made within seven calendar days after the fact discovery cut-off. The response to this order shall be filed by **SEPTEMBER 21 AT NOON**. The additional motion to preclude defendant's introduction of expert testimony will be heard on **OCTOBER 19** as noticed.

**IT IS SO ORDERED.**

Dated: September 18, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE