IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY LENDALL, an individual, | No. C 05-03295 WHA |
| Plaintiff, | |
| v. | **ORDER POSTPONING CONSIDERATION OF DISCOVERY DISPUTES** |
| CHASE MANHATTAN MORTGAGE CORPORATION, a New Jersey corporation, and DOES 1 through 10, inclusive, | |
| Defendants. | |

This order finds it appropriate to postpone consideration of the parties' pending discovery motions currently scheduled for hearing on October 19, 2006, until after the Court has ruled on defendant's motion for summary judgment. The October 19 hearing is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: October 17, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE