IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY LENDALL, an individual, | No. C 05-03295 WHA |
| Plaintiff, | |
| v. | **ORDER SETTING NEW HEARING DATE ON DISCOVERY DISPUTES** |
| CHASE MANHATTAN MORTGAGE CORPORATION, a New Jersey corporation, and DOES 1 through 10, inclusive, | |
| Defendants. | |

The new hearing date on the parties' pending discovery motions is **NOVEMBER 2, 2006 AT 8:00 A.M.**

**IT IS SO ORDERED.**

Dated: October 17, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE