LORI A. BOWMAN (State Bar No. 114664)
MARGARET H. GILLESPIE (State Bar No. 150072)
HOWARD L. MAGEE (State Bar No. 185199)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART P.C.
633 West Fifth Street, Suite 5300
Los Angeles, California 90071
E-mail: margaret.gillespie@ogletreedeakins.com
Telephone: (213) 239-9800
Facsimile: (213) 239-9045

Attorneys for Defendant
Chase Manhattan Mortgage Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY LENDALL, an individual;<br><br>    Plaintiff,<br><br>  v.<br><br>CHASE MANHATTAN MORTGAGE CORPORATION, a New Jersey Corporation; and DOES 1 through 10, inclusive;<br><br>    Defendants. | Case No. 05 03295 WHA<br><br>**[PROPOSED] ORDER ON DEFENDANT CHASE MANHATTAN MORTGAGE CORPORATION'S REQUEST FOR USE OF ELECTRONIC EQUIPMENT DURING TRIAL**<br><br>**Date:** **December 4, 2006**<br>**Time:** **7:30 a.m.**<br>**Place:** **Courtroom 9** |

---

[PROPOSED] ORDER ON DEFENDANT CHASE MANHATTAN MORTGAGE'S REQUEST
FOR USE OF ELECTRONIC EQUIPMENT DURING TRIAL – Case No. 05 03295 WHA

1  WHEREAS, pursuant to this Court's Standing Order regarding guidelines for trial, Defendant Chase Manhattan Mortgage Corporation has requested an order for use of electronic equipment during trial scheduled to commence on December 4, 2006.

IT IS HEREBY ORDERD that Defendant Chase Manhattan Mortgage Company may utilize electronic equipment (e.g. computer and exhibit projection equipment) during the trial of the afore-referenced matter scheduled to commence on December 4, 2006 in Courtroom 9.

**GOOD CAUSE APPEARING THEREFOR,**
**IT IS SO ORDERED.**

DATED: _November 22, 2006_____

_____
William H. Alsup
United States District Judge

[PROPOSED] ORDER ON DEFENDANT CHASE MANHATTAN MORTGAGE'S REQUEST FOR USE OF ELECTRONIC EQUIPMENT DURING TRIAL – Case No. 05 03295 WHA